IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIA GRAVES | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-3853 |
| | : | |
| MICHAEL PANDOLFI, JUDGE | : | |
| MARK COHEN, KATE GALLEN, | : | |
| WILLIAM KETTERLINUS, EUGENE | : | |
| WATSON, MICHELLE WATSON, | : | |
| DARLENE GRAVES | : | |

## ORDER

AND NOW, this 16th day of October 2023, following our Congressionally mandated screening of the Complaint (ECF No. 2) consistent with our October 4, 2023 Order (ECF No. 4), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **dismiss** Plaintiff's Complaint (ECF No. 2):

1. **With prejudice** as to her claims against the Philadelphia Family Court requiring we amend the caption to terminate the Family Court as shown in the caption of this Order; and

2. **Without prejudice** as to her claims against the remaining parties allowing her leave to file an amended Complaint no later than **November 16, 2023** if she can plead facts in good faith supporting an identified legal claim within our limited jurisdiction or we may otherwise close this case.

KEARNEY, J.