IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIA GRAVES | : CIVIL ACTION |
| | : |
| v. | : NO. 23-3853 |
| | : |
| MICHAEL PANDOLFI, JUDGE<br>MARK COHEN, KATE GALLEN,<br>WILLIAM KETTERLINUS, EUGENE<br>WATSON, MICHELLE WATSON,<br>DARLENE GRAVES | : <br>: <br>: <br>: <br>: |

## ORDER

AND NOW, this 27th day of November 2023, following our Congressionally mandated screening leading to our dismissal of the pro se Complaint with leave to amend (ECF No. 6), having now screened the amended Complaint repeating the same conclusory charges against a state court, a judge, court officers, and family members arising from orders in family court custody and support matters, and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **DISMISS** the amended Complaint (ECF No. 8) with prejudice in this Court mindful Plaintiff may timely pursue her Pennsylvania Law remedies in state court if warranted by the facts and the Law; and,

2. **DIRECT** the Clerk of Court **close** this case.

KEARNEY, J.